IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00631-BNB

JAMES WILFRED HALL,

    Plaintiff,

v.

KEVIN MILYARD,
LT. DENNY OWENS,
LT. RYAN M. LONG,
LT. FUSCUE,
LT. NICHOLS, and
LT. B. SCOTT,

    Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, James Wilfred Hall, is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Hall initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 claiming that his rights under the United States Constitution have been violated. On April 13, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Hall to file an amended complaint that includes specific facts in support of each claim, that clarifies which Defendant or Defendants he is asserting each claim against, and that includes specific allegations of personal participation by each named Defendant. Mr. Hall was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Hall has failed within the time allowed to file an amended complaint as

directed, and he has failed to respond in any way to Magistrate Judge Boland's April 13 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order.

DATED at Denver, Colorado, this 23rd day of May, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00631-BNB

James W. Hall
Prisoner No. 113495
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on May 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk